## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. SACV 19-1918 JVS (DFMx) | Date November 7, 2019 |
| Title Trio Pines (USA), Inc. v. Rolling Umbrellas Inc. | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **[IN CHAMBERS] ORDER TO SHOW CAUSE RE JURISDICTION**

The Court has made a preliminary review of the jurisdictional allegations in the:

    X    Complaint, filed October 4, 2019 by Trio Pines (USA)), Inc. ("Trio Pines").

        Notice of Removal ("Notice")

The initial pleading invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, ¶ 6.) Jurisdiction on this basis requires complete diversity.

For diversity purposes, a corporation is a citizen of both its state of incorporation and its principal place of business. 28 U.S.C. § 1332(c)(1). The Complaint alleges the parties' state of incorporation, but not their principal place of business. (Complaint, ¶¶ 1,2, 6.)

Presently, the Court cannot tell if jurisdiction has been properly invoked.

Trio Pines is ordered to file an amended initial pleading within 15 days identifying each party's place of business.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 19-1918 JVS (DFMx) | Date | November 7, 2019 |
| Title | Trio Pines (USA), Inc. v. Rolling Umbrellas Inc. | | |

**A failure to respond may result in dismissal of the case for lack of jurisdiction.**

| | : | 0 |
|---|---|---|
| Initials of Preparer | | lmb |